IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABBIE FREUDENBURG,

Plaintiff,

vs.

JOSEPH SMITH, MADISON COUNTY ATTORNEY, in his individual capacity; and KELLI DICKES, FORMER MADISON CITY CLERK, in her individual capacity,

Defendants.

**4:25CV3184**

**FINAL PROGRESSION ORDER (AMENDED)**

IT IS ORDERED that the joint motion to extend, Filing No. 42, is granted. The final progression order, Filing Nos. 34 and 38, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for December 1, 2026 is continued and will be held with the undersigned magistrate judge on **February 16, 2027** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is November 16, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 30, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 29, 2027.

4) The deadline for filing motions to dismiss and motions for summary judgment is March 2, 2027.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 2, 2027.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 27th day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge